PENNSY SUPPLY, INC., Appellant

v.

McDERMITT CONCRETE, INC., a/k/a Caco Three, Inc. and Commonwealth of Pennsylvania, Department of Environmental Protection, Appellees.

Supreme Court of Pennsylvania.

Aug. 17, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of August, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED,** and Appellant's Application for Oral Argument is **DENIED.**